IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PHYTHIAS D. YOUNG, §<br>　*Plaintiff*, §<br>§<br>v. §<br>§<br>CAROLYN W. COLVIN §<br>ACTING COMMISIONER OF §<br>SOCIAL SECURITY §<br>　*Defendant*. § | CASE No. 6:15-cv-1156-RC-JDL |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

On December 18, 2015, Plaintiff initiated the above entitled and numbered civil action pursuant to the Social Security Act, Section 205(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On March 10, 2017, the Magistrate Judge issued a Report and Recommendation in which he recommended remanding the case to the Commissioner to re-evaluate Mr. Young's mental impairments in accordance with the special technique and procedures set forth in 20 CFR 404.1520a. Docket No. 18. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.

Neither party has filed any objections. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the decision of the Commissioner is **REVERSED** and that the cause be **REMANDED** to the Commissioner of the Social Security Administration for proceedings consistent with this Court's opinion.

**So Ordered and Signed**
Apr 4, 2017

_____
Ron Clark, United States District Judge

1